■ In the Matter of MARY ANN SCHADT et al., Appellants, v BARBARA WALLACE et al., Respondents. (Appeal No. 4.) [603 NYS2d 782] —Appeal unanimously dismissed without costs (see, Loafin' Tree Rest. v Pardi [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Onondaga County, Pooler, J.—Election Law.) Present—Callahan, J. P., Lawton, Fallon, Boomer and Boehm, JJ. (Filed Aug. 20, 1993.)

■ In the Matter of STEPHEN J. GODZISZ et al., Appellants, v RALPH M. MOHR et al., Constituting the Board of Elections of the County of Erie, et al., Respondents. [602 NYS2d 448] —Order unanimously affirmed without costs. Memorandum: We agree with Supreme Court that the 1992 amendment to Election Law § 16-102 (2) (L 1992, ch 79, § 27) did not extend the time of petitioners to commence this proceeding. By its clear and unambiguous language, the amendment permits a proceeding to be commenced within three business days after the board "makes a determination of invalidity with respect to such petition". It does not apply to this proceeding brought to invalidate a petition that was not invalidated by the board. (Appeal from Order of Supreme Court, Erie County, Rossetti, J.—Election Law.) Present—Callahan, J. P., Lawton, Fallon, Boomer and Boehm, JJ. (Filed Aug. 20, 1993.)